**Order entered August 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00969-CR

**PAUL HARVEY ANDREWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-11-49282-T**

## ORDER

We **GRANT** the State's August 7, 2014 motion to extend time to file brief and present oral argument. The brief tendered on August 7, 2014 is **ORDERED** filed as of that date. The State shall be permitted to present oral argument on September 24, 2014.

/s/     MOLLY FRANCIS
         PRESIDING JUSTICE